IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:20-cv-34-GCM

| RANDY WITHERS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BMW OF NORTH AMERICA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Vlad Hirnyk** (Doc. No. 3), which was filed February 21, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Hirnyk is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Randy Withers.

**IT IS SO ORDERED.**

Signed: February 24, 2020

Graham C. Mullen
United States District Judge