IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00034-GCM

| | |
|---|---|
| RANDY WITHERS,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | <u>ORDER</u> |

**THIS MATTER** is before the Court on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Sara E. Thompson (ECF No. 31).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Ms. Thompson is admitted to appear before this court *pro hac vice* on behalf of Defendant BMW of North America, LLC.

**IT IS SO ORDERED**.

Signed: September 28, 2021

Graham C. Mullen
United States District Judge