# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00034-GCM

| | |
|---|---|
| RANDY WITHERS,<br><br>**Plaintiff,**<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Steven A. Andreacchi (ECF No. 34).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Andreacchi is admitted to appear before this court *pro hac vice* on behalf of Defendant BMW of North America, LLC.

**IT IS SO ORDERED**.

Signed: October 12, 2021

Graham C. Mullen
United States District Judge